UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVANSTON INSURANCE COMPANY,

       Plaintiff,

v.                                       Case No.  8:11-cv-776-T-24 TGW

DOUGLAS D. HEEDER and
JAMES KOTSOPOULOS,

       Defendants.

_____/

## ORDER

      This cause comes before the Court on Defendants Douglas Heeder and James Kotsopoulos' ("Defendants") motion to compel attendance at mediation.  (Doc. No. 9).  Plaintiff Evanston Insurance Company ("Evanston") opposes the motion.  (Doc. No. 10).

      On April 11, 2011, Evanston filed a complaint for declaratory judgment against Defendants, requesting the Court to determine that Evanston has no duty to defend or indemnify Heeder in connection with an underlying state court action brought by Kotsopoulos against Heeder for damages sustained as a result of allegedly negligent roofing work at a Holiday Inn. (Doc. No. 1).  On June 8, 2011, Defendants jointly filed their answer and counterclaim.  (Doc. No. 8).

      In the instant motion, Defendants move the Court to order Evanston, a non-party to the underlying state court action, to attend a mediation in the underlying state court action.[1]  (Doc.

---

[1] The judgment issued in the underlying state court action is on appeal to the Second District Court of Appeal.  On April 27, 2011, the Second District Court of Appeal entered an order referring the parties to attend mediation.  (Doc. No. 9 at ¶ 6).

No. 9).  Upon review of the motion to compel mediation and response in opposition, the Court

denies the motion.  The Court does not find that Evanston's presence at the underlying state

court mediation will make it more likely that the mediation will be successful in resolving all

pending claims in this Court.

      **DONE AND ORDERED** at Tampa, Florida, this 27th day of June, 2011.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge